HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUANA CARINA IBARRA,<br><br>　　　　　Defendants. | No. 15-mj-080 EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:　June 4, 2015<br>Time:　2:00 p.m.<br>Judge:　Hon. Edmund F. Brennan |

　　　　The United States of America, through its counsel, Assistant U. S. Attorney Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently scheduled for May 4, 2015, be continued to June 4, 2015 at 2:00 p.m.

　　　　The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

　　　　The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 4, 2015.

1 The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: April 14, 2015                HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Matthew C. Bockmon*
                                     MATTHEW C. BOCKMON
                                     Assistant Federal Defender
                                     Attorney for JUANA CARINA IBARRA

DATED: April 14, 2015                BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Amanda Beck*
                                     AMANDA BECK
                                     Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 4, 2015, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  April 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE