UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 13, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUANA CARINA IBARRA,<br><br>Defendant. | Case No. 2:15-mj-00080-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUANA CARINA IBARRA ,

Case No. 2:15-mj-00080-EFB from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ $50,000 total ($25,000 secured by cash, remaining $25,000 unsecured)

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial Services conditions. To be released by the marshals service immediately.

Issued at Sacramento, California on April 13, 2015 at 2:25 PM

By: _____
Magistrate Judge Carolyn K. Delaney