HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUANA CARINA IBARRA,<br>Defendants. | No. 15-mj-080 EFB<br>STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE<br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Juana Carina Ibarra, through their respective attorneys, that the release conditions imposed on Ms. Ibarra on April 13, 2015, may be modified:

5. Your travel is restricted to the Southern District of California and the Eastern District of California unless otherwise approved in advance by the pretrial services officer.

Pretrial Services Officer, Michael Evans, is in agreement with this joint request to the following modification:

5. Your travel is restricted to the Eastern and Central Districts of California unless otherwise approved in advance by the pretrial services officer.

All other conditions shall remain in force.

DATED: April 15, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JUANA CARINA IBARRA

DATED: April 15, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jill Thomas for Amanda Beck*
AMANDA BECK
Assistant U.S. Attorney

**O R D E R**

The following release condition is modified:

5. Your travel is restricted to the Eastern and Central Districts of California unless otherwise approved in advance by the pretrial services officer.

All other conditions shall remain in force.

Dated: April 16, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE