HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 15-mj-080 EFB |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | MODIFY SPECIAL CONDITION OF |
| v. | ) | RELEASE |
| | ) | |
| JUANA CARINA IBARRA, | ) | Judge:  Hon. Carolyn K. Delaney |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Juana Carina Ibarra, through their respective attorneys, that the release conditions imposed on Ms. Ibarra on April 14, 2015 (Dkt. 4), may be modified to add:

12.    **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

Pretrial Services Officer, Michael Evans, is in agreement with this joint request to the modification.

All other conditions shall remain in force.

1    DATED: June 16, 2015              HEATHER E. WILLIAMS
2                                      Federal Defender
3
                                       */s/ Matthew C. Bockmon*
4                                      MATTHEW C. BOCKMON
5                                      Assistant Federal Defender
                                       Attorney for JUANA CARINA IBARRA
6
7    DATED: June 16, 2015              BENJAMIN B. WAGNER
                                       United States Attorney
8
9                                      */s/ Amanda Beck*
                                       AMANDA BECK
10                                     Assistant U.S. Attorney
11
                                       */s/ Jill Thomas*
12                                     JILL THOMAS
13                                     Assistant U.S. Attorney
14                              **O R D E R**
15         The following release condition is modified:
16         **12.    You shall participate in a program of medical or psychiatric**
17   **treatment, including treatment for drug or alcohol dependency, as approved**
     **by the pretrial services officer. You shall pay all or part of the costs of the**
18   **counseling services based upon your ability to pay, as determined by the**
19   **pretrial services officer.**
20   All other conditions shall remain in force.
21   Dated:  June 17, 2015
22
23
24   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE
25
26
27
28