1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JUANA CARINA IBARRA
6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )   No. 15-mj-080 EFB
                                )
11            Plaintiff,        )   STIPULATION AND ORDER TO
                                )   CONTINUE PRELIMINARY HEARING
12     v.                       )
                                )   Date:   October 8, 2015
13 JUANA CARINA IBARRA,         )   Time:   2:00 p.m.
                                )   Judge:  Hon. Kendall J. Newman
14            Defendants.       )
                                )
15 _____ )

16
         The United States of America, through its counsel, Assistant U. S. Attorney
17
   Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal
18
   Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently
19
   scheduled for October 8, 2015, be continued to December 3, 2015 at 2:00 p.m.
20
         The parties stipulate that the delay is required to allow the defense
21
   reasonable time for preparation and review of the evidence, for the government's
22
   continuing investigation of the case, and for the parties to evaluate the evidence
23
   and consider the possibility of a pre-indictment resolution of the case via an
24
   information and an agreed upon plea deal.
25
         The parties agree that the above reason constitutes good cause to extend the
26
   time for preliminary hearing under Fed.R.Crim.P. 5.1, and that the Court should
27

28

extend the time within which the government must file an indictment to December 3, 2015.

The parties further stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7), (Local Code T4).

DATED: October 6, 2015            HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Matthew C. Bockmon*
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for JUANA CARINA IBARRA

DATED: October 6, 2015            BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Amanda Beck*
                                  AMANDA BECK
                                  Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to December 3, 2015, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 7, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE