1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JUANA CARINA IBARRA
6

7
                  UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   No. 2:15-cr-229 JAM
                                      )
11           Plaintiff,               )   **AMENDED** STIPULATION AND
                                      )   [PROPOSED] ORDER TO CONTINUE
12       v.                           )   PRELIMINARY HEARING
                                      )
13 JUANA CARINA IBARRA,               )   Date:    December 3, 2015
                                      )   Time:    2:00 p.m.
14           Defendant.               )   Judge:   Hon. Carolyn K. Delaney
                                      )
15 _____)

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, Amanda Beck, Assistant United States Attorney, attorney

19 for Plaintiff, and Matthew C. Bockmon, attorney for Juana Ibarra, that:

20      1.  The Complaint in this case was filed on April 10, 2015, and the

21          defendant first appeared before a judicial officer of the Court in which

22          the charges in this case were pending on April 13, 2015. The court has

23          most recently set a preliminary hearing date of December 3, 2015.

24      2.  By this stipulation, the parties jointly move for an extension of time of

25          the preliminary hearing date to April 4, 2016, at 2:00 p.m., before the

26          duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of

27          Criminal Procedure. The parties stipulate that the delay is required

28          because of the unavailability of the defendant and because of her physical

inability to stand trial.  18 U.S.C. § 3161(h)(3)(A), (B); 18 U.S.C. § 3161(h)(4) [Local Codes M and N].

3.  The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 3, 2015, and April 4, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

4.  Specifically, defendant Ibarra is out of custody, pregnant, and due to deliver on about March 2, 2016.  Also, Ms. Ibarra is having a difficult pregnancy and unable to travel from her home in Central District of California for court proceedings:  In November, she spent several days in Palm Springs's Desert Regional Medical Center, where she received medicine to stop premature contractions.  She was subsequently ordered to bed rest.  At a doctor's appointment earlier this week, she was similarly ordered to bed rest for another three weeks.  (*See* attached).

//
//
//
//
//
//
//
//
//
//
//
//

5. The parties have reached a plea agreement, and with that understanding, the United States filed an Information on December 1, 2015.  Dkt. #28. The parties anticipate scheduling a change of plea for Tuesday, April 5, 2016 before U.S. District Judge John A. Mendez.

IT IS SO STIPULATED.


DATED: December 2, 2015            HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Matthew C. Bockmon*
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for JUANA CARINA IBARRA

DATED: December 2, 2015            BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Amanda Beck*
                                   AMANDA BECK
                                   Assistant U.S. Attorney

**O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 2, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the defendant is unavailable, that she is physically unable to stand trial, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(3)(A), (B); (h)(4); (h)(7)(A) [Local Codes M, N, and T4].  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to April 4, 2016, at 2:00 p.m.

2. The time between December 3, 2015, and April 4, 2016, shall be excluded from calculation pursuant to 18 U.S.C. §§ 3161(h)(3)(A), (B); (h)(4); (h)(7)(A) [Local Codes M, N, and T4].

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  December 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE