BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>JUANA CARINA IBARRA,<br><br>                          Defendant. | CASE NO. 2:15-CR-229 GEB<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 4, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on April 4, 2016.

2. By this stipulation, defendant now moves to continue the preliminary hearing until April 7, 2016.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Complaint in this case was filed on April 10, 2015.

    b) The defendant first appeared before a judicial officer on April 13, 2015.

    c) The parties have reached a plea agreement, and with that understanding, the United States filed an Information on December 1, 2015. Dkt. #28.

    d) The defendant has not yet appeared before a judicial officer for arraignment on

that charge.

e) The parties stipulate that the delay of the preliminary hearing and of Ms. Ibarra's plea entry is required because of her unavailability and physical inability to stand trial.

f) Specifically, defendant Ibarra is out of custody, pregnant, and due to deliver on about March 2, 2016. Also, Ms. Ibarra is having a difficult pregnancy and has been unable to travel from her home in the Central District of California for court proceedings: In November, she spent several days in Palm Springs's Desert Regional Medical Center, where she received medicine to stop premature contractions. She was subsequently ordered to bed rest. At a doctor's appointment in December, she was ordered to bed rest for another three weeks.

g) The preliminary hearing was previously set for April 4, 2016: The parties expected Ms. Ibarra to appear for arraignment on the Information that day and then to appear in front of U.S. District Judge John A. Mendez the following morning to enter her change of plea.

h) Recently, the case was transferred to the docket of U.S. District Judge Garland E Burrell. The parties now anticipate scheduling a change of plea for Friday, April 8, 2016. For this reason, the parties agree that the preliminary hearing should be continued to April 7, 2016.

i) Pursuant to Rule of Criminal Procedure 5.1(d), the parties move the Court to find that, taking into account the public interest in the prompt disposition of criminal cases, there is

//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

good cause for the continuance.

IT IS SO STIPULATED.

Dated:  February 9, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  February 9, 2016

/s/ MATTHEW BOCKMON
MATTHEW BOCKMON
Counsel for Defendant
JUANA CARINA IBARRA

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  February 10, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE