HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUANA CARINA IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-229 GEB |
| Plaintiff, | APPLICATION FOR TRANSPORTATION ORDER; [PROPOSED] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| JUANA CARINA IBARRA, | |
| Defendant. | |

Defendant Juana Carina Ibarra by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, hereby applies to this Court for an order of subsistence allowance. Ms. Ibarra is indigent and has been appointed counsel. Ms. Ibarra is scheduled to appear on April 7, 2016 for arraignment at 2:00 p.m., and on April 8, 2016 for Change of Plea at 9:00 a.m.

Ms. Ibarra resides in Coachella, California. Ms. Ibarra plans to travel during the early morning of April 7, 2016 to meet and confer with her attorney and then appear on Thursday, April 7 and on Friday, April 8, 2016. She cannot afford travel, lodging and other subsistence to enable her to attend her scheduled hearings before Honorable Carolyn K. Delaney and Honorable Garland E. Burrell, Jr., respectively.

In the interests of justice the Court is requested to arrange for Juana Ibarra's means of non-custodial transportation or furnish the fare for such transportation to the place where her

Application for Transportation Order              -1-

appearance is required; and in addition to direct the United States Marshal to furnish Juana Ibarra with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 4285 pursuant to 18 U.S.C. §4285.

DATED: March 30, 2016

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Matthew C. Bockmon*
                        MATTHEW C. BOCKMON
                        Assistant Federal Defender
                        Attorney for JUANA CARINA IBARRA

**O R D E R**

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Juana Carina Ibarra, with round-trip transportation from Coachella, California to Sacramento, California on April 7, 2016, for Ms. Ibarra to appear for arraignment on April 7, 2016 at 2:00 p.m. and for Change of Plea on Friday, April 8, 2016 at 9:00 a.m.; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. §5702(a).

Ms. Ibarra is indigent and financially unable to travel to Sacramento, California and return to Coachella, California without transportation expenses. This request is authorized pursuant to 18 U.S.C. §4285.

Dated:  March 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Application for Transportation Order             -3-